

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2014

No. 04-14-00755-CV

**IN RE** Oscar **BUSTOS**

Original Mandamus Proceeding[1]

**ORDER**

On October 29, 2014, relator Oscar Bustos filed a petition for a writ of mandamus. The court has considered relator's petition and has determined that relator is entitled to the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c).

The Honorable Antonia Arteaga is ORDERED to withdraw her orders orally pronounced on October 22 and 23, 2014 in the underlying suit for modification of orders affecting a parent-child relationship. The writ will issue only if we are notified that Judge Arteaga has not done as directed within fifteen days from the date of this order.

It is so **ORDERED** on December 23, 2014.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of December, 2014.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2007CI07181, styled *In the Interest of E.B. and O.S.B. II, Minor Children*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.